# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN CODY MOON

VERSUS

DANA MARIE BABB

NO.  2023 CW 0010

**MARCH 13, 2023**

---

In Re:    John Cody Moon, applying for supervisory writs, 21st
          Judicial District Court, Parish of Livingston, No.
          175097.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

                              **MRT**
                              **WRC**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a.s.D_
_____
DEPUTY CLERK OF COURT
      FOR THE COURT